JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU, <br><br> Plaintiff, <br><br> v. <br><br> A & V PETRO, INC., a California Corporation, dba 7TH STREET VALERO, aka GAS TO GO, and DOES ONE TO TEN, inclusive, <br><br> Defendants. | Case No. 2:10-CV-00497-GAF-DTB <br><br> STIPULATED JUDGMENT ORDER |

After review of the Stipulated Request for Judgment filed by Plaintiff and Defendant, and for good reason **IT IS HEREBY ORDERED:**

Defendant **A & V PETRO, INC.,** will make its place of business, **7TH STREET VALERO aka GAS TO GO,** located at 15603 7th Street, Victorville, California, compliant with the *Americans with Disabilities Act of 1990*, in the following manner:

1) Create an accessible parking space in the gas station parking area in compliance with California Title 24 §1129B.1, Table 11B-6, ADAAG 4.1.2 (5)(a), 4.6.

2) Ensure there is at least one van accessible parking space and access aisle in the gas station parking area in compliance with California Title 24 §1129B.3.2, ADAAG 4.1.2 (5)(b), 4.6.

3) Post the required International Symbol of Accessibility and Van Accessible signage at the accessible parking space in the gas station's parking area in compliance with California Title 24 §1129B.4, ADAAG 4.6.4.

4) Post tow away signage at the entrance and exits to the gas station's parking area in compliance with California Title 24 §1129B.4.

5) Create an accessible route of travel from the accessible parking space(s) to the store entrance in compliance with California Title 24 §1114B.1.2,1127B.1; ADAAG 4.3.2(1), 4.14.1.

6) Create a cutout curb or compliant accessible ramp at or near the gas station entrance in compliance with California Title 24 §1127B.1 (Fig. 11B -19C, 11B-20); ADAAG 4.8 (Fig. 13); 4.7.10 (Fig. 15).

7) Lower the counter or create an alternate sales counter in the gas station that is no more than 34" high in compliance with California Title 24 §1122B.4; ADAAG 7.2.

Defendants will pay Plaintiff a settlement sum of $8,000.00, to be paid in the following manner:

(a) FIVE THOUSAND DOLLARS ($5,000.00) upon execution of the Settlement Agreement;

(b) ONE THOUSAND DOLLARS ($1,000.00) every forty-five (45) days thereafter for a total 3 payments.

The Court will retain jurisdiction over this matter to enforce this judgment.

**IT IS SO ORDERED.**

Date: October 15, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE